[No. 29229-3-I. Division One. May 3, 1993.]

GREG A. NEWHALL, ET AL, *Appellants*, v. MICHAEL R. MASTRO, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-24624-8, Lloyd W. Bever, J., entered August 23, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Agid, J.

[No. 27043-5-I. Division One. May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE O'CAIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-04338-1, Anthony P. Wartnik, J., entered September 28, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Forrest, JJ.

[No. 28415-1-I. Division One. May 3, 1993.]

GEORGE BINA, ET AL, *Respondents*, v. HOYT DODSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-13242-1, Carol A. Schapira, J., entered April 18, 1991. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Grosse, JJ.

[No. 28501-7-I. Division One. May 3, 1993.]

DONALD F. RHYSE, ET AL, *Appellants*, v. ANDREA FORSTER, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-2-04870-0, Stuart C. French, J., entered May 3, 1991. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Webster, C.J., and Forrest, J.